**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Clarks Sales and Service, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Appliance Warehouse Outlet; DBA Clark Appliance Showcase; DBA Clark Appliance Outlet; DBA Clark's Appliance; DBA Clark Appliance | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>35-0995850 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3802 N. 600 W<br>Greenfield, IN<br>ZIP Code 46140 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Hancock | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Clarks Sales and Service, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Clarks Sales and Service, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Jeffrey M. Hester
   Signature of Attorney for Debtor(s)

   Jeffrey M. Hester 22048-49
   Printed Name of Attorney for Debtor(s)

   Tucker,  Hester, Baker & Krebs, LLC
   Firm Name

   One Indiana Square, Suite 1600
   Indianapolis, IN 46204

   Address

   (317) 833-3030  Fax: (317) 833-3031
   Telephone Number

   October 24, 2014
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert Clark
   Signature of Authorized Individual

   Robert Clark
   Printed Name of Authorized Individual

_____
Title of Authorized Individual

   October 24, 2014
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Clarks Sales and Service, Inc.

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Brand Source/Expert Finance 500 Momany Drive Saint Joseph, MI 49085 | Brand Source/Expert Finance 500 Momany Drive Saint Joseph, MI 49085 | | | 184,783.53 |
| Frigidaire 10200 David Taylor Drive Charlotte, NC 28262 | Frigidaire 10200 David Taylor Drive Charlotte, NC 28262 | Purchases on account | | 158,229.08 |
| Employee Plans, LLC 1111 Chestnut Hills Parkway Fort Wayne, IN 46814 | Employee Plans, LLC 1111 Chestnut Hills Parkway Fort Wayne, IN 46814 | | | 98,214.80 |
| Cabot Ind Value Fund II OP, LP 4350 Glendale-Milford Rd., Suite 230 Cincinnati, OH 45242 | Cabot Ind Value Fund II OP, LP 4350 Glendale-Milford Rd., Suite 230 Cincinnati, OH 45242 | | | 94,240.20 |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate St. Indianapolis, IN 46204 | Indiana Department of Revenue Bankruptcy Section, N-240 100 N. Senate St. Indianapolis, IN 46204 | | | 91,141.85 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | American Express P.O. Box 981535 El Paso, TX 79998-1535 | Credit card purchases | | 79,694.82 |
| HGI-Georgia, LLC Two Centre Plaza Clinton, TN 37716 | HGI-Georgia, LLC Two Centre Plaza Clinton, TN 37716 | | | 67,108.88 |
| Castleton Point, LP 117 E. Washington Street, Suite 300 Indianapolis, IN 46204 | Castleton Point, LP 117 E. Washington Street, Suite 300 Indianapolis, IN 46204 | | | 61,599.05 |
| Marcone Appliance Parts Co. P.O. Box 790120 Saint Louis, MO 63179 | Marcone Appliance Parts Co. P.O. Box 790120 Saint Louis, MO 63179 | Purchases on account | | 56,382.42 |
| John Tisdel Distributing, Inc. 7177 Central Parke Blvd. Mason, OH 45040 | John Tisdel Distributing, Inc. 7177 Central Parke Blvd. Mason, OH 45040 | | | 48,365.88 |

B4 (Official Form 4) (12/07) - Cont.

In re  Clarks Sales and Service, Inc.                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Distinctive Appliances Distributing<br>51155 Grand River Avenue<br>Wixom, MI 48393 | Distinctive Appliances Distributing<br>51155 Grand River Avenue<br>Wixom, MI 48393 | | | 47,173.33 |
| Fisher & Paykel Appliances<br>590 Skylab Road<br>Huntington Beach, CA 92647 | Fisher & Paykel Appliances<br>590 Skylab Road<br>Huntington Beach, CA 92647 | Purchases on account | | 41,964.00 |
| Viking Range Corporation<br>325 Horizon Drive<br>Suwanee, GA 30024 | Viking Range Corporation<br>325 Horizon Drive<br>Suwanee, GA 30024 | | | 36,577.00 |
| Dacor Corporation<br>Department 8579<br>Los Angeles, CA 90084 | Dacor Corporation<br>Department 8579<br>Los Angeles, CA 90084 | | | 34,393.68 |
| Bose McKinney & Evans, LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 | Bose McKinney & Evans, LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 | Services provided | | 32,973.10 |
| Lakeview Appliance<br>1065 Thorndale Avenue<br>Bensenville, IL 60106 | Lakeview Appliance<br>1065 Thorndale Avenue<br>Bensenville, IL 60106 | Purchases on account | | 30,537.82 |
| Old National Insurance<br>600 E. 96th Street, Suite 400<br>P.O. Box 80159<br>Indianapolis, IN 46280 | Old National Insurance<br>600 E. 96th Street, Suite 400<br>P.O. Box 80159<br>Indianapolis, IN 46280 | | | 27,171.00 |
| Miele Appliances, Inc.<br>9 Independence Way<br>Princeton, NJ 08540 | Miele Appliances, Inc.<br>9 Independence Way<br>Princeton, NJ 08540 | Purchases on account | | 25,048.06 |
| Bill Cox<br>3345 North 50 E<br>Greenfield, IN 46140 | Bill Cox<br>3345 North 50 E<br>Greenfield, IN 46140 | | | 22,210.47 |
| VideoIndiana, Inc.<br>Dept. L-2380<br>Columbus, OH 43260 | VideoIndiana, Inc.<br>Dept. L-2380<br>Columbus, OH 43260 | | | 21,617.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  October 24, 2014                          Signature    /s/ Robert Clark
                                                             Robert Clark

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana

In re    Clarks Sales and Service, Inc.

Debtor

Case No. _____

Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Cynthia D. Clark 7991 Oakhaven Place Indianapolis, IN 46256 | | | |
| Robert A. Clark 7991 Oakhaven Place Indianapolis, IN 46256 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___October 24, 2014_____          Signature _/s/ Robert Clark_____
                                                                                              Robert Clark

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Indiana

In re   Clarks Sales and Service, Inc.                                            Case No.
                                                      Debtor(s)                  Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   October 24, 2014                                 /s/ Robert Clark
                                                                  Robert Clark/
                                                                  Signer/Title

1ST SOURCE SERVALL
6761 E. 10 MILE ROAD
CENTER LINE, MI 48015

AAA EXTERMINATING
P.O. BOX 2170
NOBLESVILLE, IN 46061

AGA MARVEL
DEPT 77217
P.O. BOX 77000
DETROIT, MI 48277

ALLIED EQUIPMENT
P.O. BOX 2489
INDIANAPOLIS, IN 46206

ALLY FINANCIAL
P.O. BOX 130424
SAINT PAUL, MN 55113-0004

ALMO DISTRIBUTING PA., INC.
BOX 536251
PITTSBURGH, PA 15253

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TX 79998-1535

ASHER FLEET SERVICES
P.O. BOX 613
ELLETTSVILLE, IN 47429

ASPEN ELECTRIC
5781 WOODLAND TRACE BLVD.
INDIANAPOLIS, IN 46237

ASSOCIATED SERVICE CORPORATION
P.O. BOX 410746
SAINT LOUIS, MO 63141

AT&T YELLOWPAGES
P.O. BOX 1626
SAGINAW, MI 48605

B.A. EVERROAD WOODWORKING
4450 W. GOELLER BLVD.
COLUMBUS, IN 47201

BARTH ELECTRIC COMPANY, INC.
1934 NORTH ILLINOIS STREET
INDIANAPOLIS, IN 46202

BILL COX
3345 NORTH 50 E
GREENFIELD, IN 46140

BOB & JANET VIARS
15468 MYSTIC ROCK DR.
CARMEL, IN 46033

BOSE MCKINNEY & EVANS, LLP
111 MONUMENT CIRCLE, SUITE 2700
INDIANAPOLIS, IN 46204

BRAND SOURCE/EXPERT FINANCE
500 MOMANY DRIVE
SAINT JOSEPH, MI 49085

BRAND SOURCE/MID-AMERICA R
17542 EAST 17TH STREET, SUITE 25
TUSTIN, CA 92780

BRIGHT IDEA

BROAN-NUTONE, LLC
4641 PAYSPHERE CIRCLE
CHICAGO, IL 60674

BUILDERS ASSOCIATION OF GR IN
P.O. BOX 44670
INDIANAPOLIS, IN 46244

BUILDING PARTNERS OF CENTRAL INDIANA
P.O. BOX 44670
INDIANAPOLIS, IN 46244

BUNDS.COM
243 STAFFORD STREET
WORCESTER, MA 01603

BUYSHOPSELL.COM
3720 WEST 16TH STREET
INDIANAPOLIS, IN 46222

CABOT IND VALUE FUND II OP, LP
4350 GLENDALE-MILFORD RD., SUITE 230
CINCINNATI, OH 45242

CANGANY'S EMERTEN AUTO SERVICE
975 NORTH MITTHOEFFER ROAD
INDIANAPOLIS, IN 46229

CASTLETON POINT, LP
117 E. WASHINGTON STREET, STE 300
INDIANAPOLIS, IN 46204

CBS OUTDOOR
P.O. BOX 33074
NEWARK, NJ 07188

CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675

CENTRAL INDIANA REMODELERS
C/O DORFMAN DESIGN BUILDER
827 N. CAPITOL AVENUE
INDIANAPOLIS, IN 46204

CHRISTOPHER SCOTT HOMES
P.O. BOX 4289
CARMEL, IN 46082

COMMUNITY HOSPITALS OCCUPATIONAL HEALTH
6233 RELIABLE PARKWAY
CHICAGO, IL 60686

CONTRACT SERVICES
P.O. BOX 1347
MERRIMACK, NH 03054

CRESCENT ELECTRIC SUPPLY
P.O. BOX 500
EAST DUBUQUE, IL 61025

CROWE HORWATH, LLP
P.O. BOX 71570
CHICAGO, IL 60694

CYNTHIA D. CLARK
7991 OAKHAVEN PLACE
INDIANAPOLIS, IN 46256

DACOR CORPORATION
DEPARTMENT 8579
LOS ANGELES, CA 90084

DACOR CORPORATION
14425 CLARK AVENUE
CITY OF INDUSTRY, CA 91745

DAYTON APPLIANCE PARTS
122 SEARS STREET
DAYTON, OH 45402

DE LAGE LANDEN FINANCIAL SERVICES INC
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DISTINCTIVE APPLIANCES DISTRIBUTING
51155 GRAND RIVER AVENUE
WIXOM, MI 48393

DOERR PRINTING CO.
4222 E. 18TH STREET
INDIANAPOLIS, IN 46218

DORRANCE SUPPLY COMPANY
1140-44 HUBBARD ROAD
YOUNGSTOWN, OH 44505

DOYLE AND/OR JANE LORENZ
1903 S SR 19
PERU, IN 46970

DUNCAN SUPPLY COMPANY, IN
P.O. BOX 441280
INDIANAPOLIS, IN 46244

EARTHLINK BUSINESS
P.O. BOX 88104
CHICAGO, IL 60680

ELLIS MECHANICAL, INC.
2929 BLUFF ROAD
INDIANAPOLIS, IN 46225

EMPLOYEE PLANS, LLC
1111 CHESTNUT HILLS PARKWAY
FORT WAYNE, IN 46814

ERIC NEAL
9378 MIRROR ROAD
COLUMBUS, IN 47201

FAEGRE BAKER & DANIELS
75 REMITTANCE DRIVE, DEPT 6952
CHICAGO, IL 60675

FENTRESS BUILDING
6006 E. 38TH STREET
INDIANAPOLIS, IN 46226

FIRST BUSINESS CAPITAL CORP.
401 CHARMANY DRIVE
MADISON, WI 53719

FIRST NATIONAL BANK
P.O. BOX 2818
OMAHA, NE 68103

FISHER & PAYKEL APPLIANCES
590 SKYLAB ROAD
HUNTINGTON BEACH, CA 92647

FLEETMATICS
5002 W. 106TH STREET
ZIONSVILLE, IN 46077

FORD FINANCE
P.O. BOX 790093
SAINT LOUIS, MO 63179

FOWLER WHITE BURNETT
ESPIRITO SANTO PLAZA
1395 BRICKELL AVE., 14TH FLOO
MIAMI, FL 33131

FRIGIDAIRE
10200 DAVID TAYLOR DRIVE
CHARLOTTE, NC 28262

G.A. MURDOCK, INC.
1200 DIVISION AVE. S
MADISON, SD 57042

GE COMMERCIAL DISTRIBUTION
500 MOMANY DRIVE
SAINT JOSEPH, MI 49085

GENERAL ELECTRIC COMPANY
GE/RCA CONSUMER SERVICES
P.O.BOX 641288
PITTSBURGH, PA 15264

GENERAL ELECTRIC COMPANY
307 N. HURSTBOURNE PKWY
LOUISVILLE, KY 40222

GUARDIAN-APPLETON
P.O. BOX 677458
DALLAS, TX 75267

HAMILTON COUNTY COUNCIL
P.O. BOX 44670
INDIANAPOLIS, IN 46244

HANCOCK COUNTY BUILDERS COUNCIL
P.O. BOX 44670
INDIANAPOLIS, IN 46244

HANOVER DEDUCTIBLE RECOVE
P.O. BOX 6068 - 13
HERMITAGE, PA 16148

HEWLETT-PACKARD FINANCIAL SERVICES
200 CONNELL DRIVE
BERKELEY HEIGHTS, NJ 07922

HESI-GEORGIA, LLC
TWO CENTRE PLAZA
CLINTON, TN 37716

HOBBS AUTOMOTIVE
46 SOUTH POST ROAD
INDIANAPOLIS, IN 46219

HOOVER HULL
111 MONUMENT CIRCLE
INDIANAPOLIS, IN 46244

HSBC BUSINESS SOLUTIONS
P.O. BOX 5219
CAROL STREAM, IL 60197

INDIANA DEPARTMENT OF REVE
BANKRUPTCY SECTION, N-240
100 N. SENATE ST.
INDIANAPOLIS, IN 46204

INDIANA DEPT. OF WORKFORCE DEVELOPMENT
10 N. SENATE AVENUE
ROOM SE106
INDIANAPOLIS, IN 46204-2277

INDIANAPOLIS MONTHLY
DEPT 78942
P.O. BOX 78000
DETROIT, MI 48278

INDY TIRE CENTERS
9302 E. 30TH STREET
INDIANAPOLIS, IN 46229

INFINITI FINANCIAL SERVICES
P.O. BOX 9001132
LOUISVILLE, KY 40290

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JOHN TISDEL DISTRIBUTING, IN
7177 CENTRAL PARKE BLVD.
MASON, OH 45040

JOHNSON COUNTY COUNCIL
P.O. BOX 44670
INDIANAPOLIS, IN 46244

JON IOZZO
620 1/2 E. 13TH STREET
INDIANAPOLIS, IN 46202

JOSEPH DAYAN
7023 INDIAN LAKE BLVD.
INDIANAPOLIS, IN 46236

L.S. ASSOCIATES
462 SOUTH 4TH STREET
LOUISVILLE, KY 40202

LAKEVIEW APPLIANCE
1065 THORNDALE AVENUE
BENSENVILLE, IL 60106

LEE SUPPLY CORP.
P.O. BOX 681430
INDIANAPOLIS, IN 46268

LIBERTY MUTUAL INSURANCE
P.O. BOX 0569
CAROL STREAM, IL 60132

LOUISE HEADLEY
13296 MINK LANE
WESTFIELD, IN 46074

MARCELLA REES
925 SPRING HILL ROAD
SHELBYVILLE, IN 46176

MARCONE APPLIANCE PARTS CO.
P.O. BOX 790120
SAINT LOUIS, MO 63179

MARDON EQUIPMENT CORPORATION
939 W. TROY AVENUE
INDIANAPOLIS, IN 46225

MARION COUNTY TREASURER

MCFARLING FOODS
P.O. BOX 2207
INDIANAPOLIS, IN 46206

MICHELLE SYLVESTER
12902 ROCKY POINTE
MC CORDSVILLE, IN 46055

MIDWEST PARTS DISTRIBUTING
4056 DELHI AVENUE
CINCINNATI, OH 45204

MIELE APPLIANCES, INC.
9 INDEPENDENCE WAY
PRINCETON, NJ 08540

NISSAN MOTOR ACCEPTANCE CORPORATION
8900 FREEPORT
IRVING, TX 75063

OBITRK CORPORATION
1677 N. MATTHEWS ROAD
GREENWOOD, IN 46143

OLD NATIONAL INSURANCE
600 E. 96TH STREET, SUITE 400
P.O. BOX 80159
INDIANAPOLIS, IN 46280

OLYMPIC PRODUCTS, INC.
2825 N. ARLINGTON AVENUE
INDIANAPOLIS, IN 46218

OVERHEAD DOOR CO. OF INDP
8811 BASH STREET
INDIANAPOLIS, IN 46256

PENSKE TRUCK LEASING CO., LP
P.O. BOX 802577
CHICAGO, IL 60680

PRICE TAG PRO
120 PEBBLE DRIVE
DAYTON, NV 89403

PRIZER-PAINTERSTOVE WORKS,IN
600 ARLINGTON STREET
READING, PA 19611

PRO DRY
4521 W. 99TH STREET
CARMEL, IN 46032

RADIO ONE OF INDIANA, LP
WHHH-FM
P.O.BOX 92265
CLEVELAND, OH 44193

RAY BONFOEY
4920 E. 70TH STREET
INDIANAPOLIS, IN 46220

RAY MURRAY, INC.
4411 PIER NORTH BLVD.
FLINT, MI 48504

ROYAL BANK AMERICA LEASING
550 TOWNSHIP LINE ROAD, SUITE 425
BLUE BELL, PA 19422

SAMSUNG ELECTRONICS AMERI
12869 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SCHREIBER LUMBER, INC.
230 SOUTH MUNCIE
INDIANAPOLIS, IN 46229

SHRED-IT USA, LLC
P.O. BOX 660372
INDIANAPOLIS, IN 46266

SOPHISTICATED LIVING
200 SOUTH RANGELINE ROAD, S21
CARMEL, IN 46032

SPECIALTY STAINLESS STEEL FABRICATORS
4337 WEST 96TH STREET, SUITE 500
INDIANAPOLIS, IN 46268

SPEEDWAY SUPER AMERICA, LLC
ATTN: CREDIT SECTION
P.O. BOX 740587
CINCINNATI, OH 45274

STAPLES
P.O. BOX 9020
DES MOINES, IA 50368

STAR MEDIA
P.O.BOX 67553
DALLAS, TX 75267

STEVE BART
10720 COBBLESTONE DRIVE
INDIANAPOLIS, IN 46234

STUART & BRANIGIN, LLP
300 MAIN STREET, SUITE 900
LAFAYETTE, IN 47902

SWEITZER'S INTEGRITY BUSINESS SOLUTIONS
P.O. BOX 247
NOBLESVILLE, IN 46061

THE PLUMBING COMPANY
7322 HEARTHSTONE WAY
INDIANAPOLIS, IN 46227

U-LINE CORPORATION
36834 TREASURY CENTER
CHICAGO, IL 60694

U-LINE SHIPPING SUPPLY SPECIALIST
P.O. BOX 88741
CHICAGO, IL 60680

UNIFIRST CORPORATION
4201 INDUSTRIAL BLVD.
INDIANAPOLIS, IN 46254

VIDEOINDIANA, INC.
DEPT. L-2380
COLUMBUS, OH 43260

VIKING RANGE CORPORATION
325 HORIZON DRIVE
SUWANEE, GA 30024

WARRANTECH CPS
P.O. BOX 975394
ATTN: FINANCIAL SERVICES DEPT
DALLAS, TX 75397

WEBER-STEPHEN PRODUCTS CO
P.O. BOX 96439
CHICAGO, IL 60693

WHIRLPOOL CORPORATION
2000 M-63, MD7560
BENTON HARBOR, MI 49022

WHIRLPOOL CORPORATION
412 N. PETERS ROAD
KNOXVILLE, TN 37922

WILLIAM L. WILSON, JR.
300 WOODLAND WEST DRIVE
GREENFIELD, IN 46140

WORLDWIDE EXPRESS
P.O. BOX 501880
INDIANAPOLIS, IN 46250

XCEL CLEAN OF INDIANA
P.O. BOX 502441
INDIANAPOLIS, IN 46250

YODER BUILDING SUPPLY, INC.
ATTN: MORGAN HILER
500 EAST FAIR PLAY BLVD.
FAIR PLAY, SC 29643

# United States Bankruptcy Court
## Southern District of Indiana

In re    Clarks Sales and Service, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Clarks Sales and Service, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Cynthia D. Clark
7991 Oakhaven Place
Indianapolis, IN 46256

Robert A. Clark
7991 Oakhaven Place
Indianapolis, IN 46256

☐ None [*Check if applicable*]

October 24, 2014

Date

/s/ Jeffrey M. Hester

Jeffrey M. Hester

Signature of Attorney or Litigant
Counsel for    Clarks Sales and Service, Inc.

Tucker,  Hester, Baker & Krebs, LLC
One Indiana Square, Suite 1600
Indianapolis, IN 46204
(317) 833-3030 Fax:(317) 833-3031